

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00102-CV
_____

FRANCISCO ANGEL SANDOVAL, Appellant

V.

MAX STEED, INDIVIDUALLY AND D/B/A WE ROC +, WE ROC LLC,
D/B/A WE ROC LLC, AND WE RE-PAINT OFFICES CHEAPER +, LLC,
INDIVIDUALLY AND D/B/A WE ROC +, Appellees

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-327466-21

---

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant Francisco Angel Sandoval's Motion for Voluntary Dismissal of Appeal with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  September 21, 2023